UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETH J. SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | No.  4:15-CV-5028-EFS<br><br>**ORDER DISMISSING CASE** |

On July 21, 2015, the parties filed a stipulated dismissal, ECF No. 9. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation of Dismissal, **ECF No. 9**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this ___21st___ day of July 2015.

　　　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2015\5028.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 1